# CHRISTENSEN
## LAW OFFICE PLLC
800 Washington Avenue North, Suite 704, Minneapolis, MN 55401

Carl E. Christensen*
Daniel M. Eaton**
Aaron D. Sampsel
Christopher Wilcox

*Also Licensed to Practice Law in New York
**Certified Real Property Specialist

Author's direct dial: 612-824-4317
email: aaron@clawoffice.com

October 11, 2019

*by ECF only*

Hon. Joan N. Erickson
United States District Court Judge
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: *Pastificio Lucio Garofalo S.p.A. v. Dreamland Trading, Inc., et al*
    Notice of Settlement & Request to Withdraw Defendants' Motion to Dismiss [ECF No. 70]
    Case File No.: 18-CV-3326-JNE-TNL
    Our File No.: 01644-19

Dear Judge Erickson,

I write to advise the Court that the parties in the above-referenced matter reached a settlement agreement yesterday, October 10, 2019, during a settlement conference with Magistrate Judge Leung. As part of that settlement, Plaintiffs and Defendants agreed that Defendants would withdraw their pending motion to dismiss and cancel the hearing for the same.

With this letter, Defendants hereby withdraw their motion to dismiss [ECF No. 70] and respectfully request that the Court cancel the October 24, 2019, hearing for that motion. Defendants make this request with the consent of Plaintiffs' counsel and in accordance with the agreed upon settlement terms reached yesterday.

Thank you.

Very truly yours,

Aaron D. Sampsel

cc: Client (*via email*)
    Counsel of Record (*via email*)